# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MARVIN LOTT, Register No. 198045. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4151-CV-C-SOW |
| ) | |
| JEFFERSON CITY CORRECTIONAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 16, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's claims regarding his assignment to administrative segregation and related denial of privileges, and request for transfer to another institution be dismissed, pursuant to 28 U.S.C. 1915A, for failure to state a claim on which relief may be granted. On November 9, 2007, Judge Knox recommended that plaintiff's motions for emergency injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). Defendants were also ordered to file a status report on plaintiff's claims made in his motions seeking emergency injunctive relief.

The court has conducted a de novo review of the record[1], including plaintiff's exceptions and the status report filed by defendants. The status report affirms the recommendation of November 9, 2007. Plaintiff's exceptions were adequately addressed in the reports and recommendations of October 16 and November 9, 2007. The court is persuaded that the recommendations of the Magistrate Judge are correct and should be adopted.

---

[1]Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.

IT IS, THEREFORE, ORDERED that the Reports and Recommendations of October 16 and November 9, 2007, are adopted. [8, 12] It is further

ORDERED that plaintiff's claims regarding his assignment to administrative segregation and related denial of privileges, and request for transfer to another institution are dismissed, pursuant to 28 U.S.C. 1915A, for failure to state a claim on which relief may be granted. It is further

ORDERED that plaintiff's motions seeking emergency injunctive relief are denied. [4, 5, 6]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: December 7, 2007